UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDI VELASCO,

    Plaintiff,

v.                                          Case No. 8:25-cv-1050-TPB-CPT

UNKNOWN DEFENDANT,

    Defendant.
_____/

## ORDER DISMISSING CASE

This matter is before the Court *sua sponte* on Plaintiff Brandi Velasco's complaint, filed May 5, 2025. (Doc. 1). Plaintiff seems to be attempting to bring some sort of action described as a "bankruptcy and probate equity court action." However, the complaint is largely incomprehensible, fails to name any particular defendant, and is otherwise replete with "the legal-sounding but meaningless verbiage commonly used by adherents to the so-called sovereign citizen movement." *See Sealey v. Branch Banking and Trust Co.*, No. 2:17cv785-MHT-SMD, 2019 WL 1434065, at *2 (M.D. Ala. Feb. 21, 2019). The arguments and legal theories espoused by sovereign citizens have been consistently rejected as "utterly frivolous, patently ludicrous, and a waste of . . . the court's time, which is being paid by hard-earned tax dollars." *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at *2 (N.D. Fla. Mar. 12, 2018) (citing *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7, 2016)). This case is

patently frivolous and due to be dismissed without leave to amend, as any amendment would be futile.

**Plaintiff is warned that if she continues to file frivolous cases here or in any other courts, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1) This case is **DISMISSED AS FRIVOLOUS**.

2) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 12th day of May, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE